**Paul Derwood RUTTERBUSH, Appellant,**

v.

**UNITED STATES of America,
Appellee.**

No. 21452.

United States Court of Appeals
Ninth Circuit.

May 16, 1967.

Franklin Geerdes, Chula Vista, Cal.,
for appellant.

Edwin L. Miller, U. S. Atty., John L.
Augustine, Asst. U. S. Atty., Phoenix,
Ariz., and San Diego, Cal., for appellee.

Before CHAMBERS, POPE and
JERTBERG, Circuit Judges.

PER CURIAM:

The thrust of Rutterbush's appeal is
that during the jury trial on a Dyer Act
(18 U.S.C. § 2312) charge, prejudicial
questions were asked by the trial judge.

The judge, with rather natural ques-
tions, did get into an area that had been
stipulated out of the case. Counsel cer-
tainly could have approached the bench
with his opponent and held a quiet collo-
quy with the judge. Also, a special in-
struction could have been requested.
Neither was done.

Appellant suggests the judge became
an advocate. The record contradicts
this. The trial was eminently fair.

Counsel for appellant has done as best
he could with very little to go on. He is
not to be censured. Oft-times in crim-
inal appeals counsel is required to at-
tempt to jump over an eight foot high
bar from a standing start.

The judgment is affirmed.